UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ELVIN RODRIGUEZ,
     Petitioner,


     v.                          CIVIL ACTION NO.
                                   13-11807-RGS


GARY RODEN, Superintendent
of MCI Norfolk,
     Respondent.

**ORDER**

**November 1, 2013**


**BOWLER, U.S.M.J.**

     On August 5, 2013, this court set a deadline of October 1,
2013, for respondent Gary Roden, Superintendent of the
Massachusetts Correctional Institution in Norfolk, Massachusetts
("respondent") to file a dispositive motion or memorandum in
opposition to the above styled petition for habeas corpus.
(Docket Entry # 7).  To date, respondent has not filed a motion
or a memorandum in opposition.  Respondent is therefore **ORDERED**
to advise this court no later than November 12, 2013, whether he
opposes the petition and, if so, the reason for the failure to
file a motion or memorandum in opposition by October 1, 2013,
along with a motion to extend the deadline.


                         /s/ Marianne B. Bowler
                       **MARIANNE B. BOWLER**
                       United States Magistrate Judge