UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 13-11807-RGS

ELVIN RODRIGUEZ,
Petitioner

v.

GARY RODEN,
Respondent

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

June 16, 2014

STEARNS, D.J.

As I agree with Magistrate Judge Bowler that the petition fails to demonstrate a contradiction of Supreme Court precedent or an objectively unreasonable application of clearly established Federal law (petitioner's two grounds are both directed at state evidentiary practices and rulings regarding first complaint testimony and the introduction of prior bad acts, neither of which raises a cognizable issue of federal due process), her Recommendation is <u>ADOPTED</u> and the petition is <u>DISMISSED</u> with prejudice.  The Clerk will enter judgment for Respondent and close the case.[1]

---

[1] Petitioner is advised that any request for the issuance of a Certificate of Appealability pursuant to 28 U.S.C. § 2253 of the court's Order dismissing his petition is also <u>DENIED</u>, the court seeing no meritorious or substantial basis

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE

---

supporting an appeal.